# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 11-cv-02380-REB-MJW

BRIAN C. COOK,

    Plaintiff,

v.

BALL CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Joint Stipulation For Dismissal With Prejudice** [#34][1] filed August 21, 2012.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Stipulation For Dismissal With Prejudice** [#34] filed August 21, 2012, is **APPROVED**;

2.  That the Trial Preparation Conference set for November 16, 2012, is **VACATED**;

3.  That the jury trial set to commence December 3, 2012, is **VACATED**; and

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 21, 2012, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge